PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

| | | |
|---|---|---|
| | | DOCKET NUMBER *(Transferring Court)* CR-25-01878-001-TUC-RCC (JR) |
| | | DOCKET NUMBER *(Receiving.Court)* 2:26-cr-00174-RFB-MDC |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>Douglas Willard Coons | DISTRICT<br>District of Arizona | DIVISION<br>4: Tucson |
| | NAME OF SENTENCING JUDGE<br>Honorable Raner C. Collins<br>Senior U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 3/6/2026 — TO 3/5/2029 |

OFFENSE
Title 8 U.S.C. § 1324(a)(1)(A)(ii), 8 U.S.C. § 1324(a)(1)(B)(i) Transportation of Illegal Aliens for Profit, a Class C Felony offense.

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Coons has been a resident of Nevada since commencing supervision and intends to remain in Nevada. He has no plans of relocating to Arizona.

**PART 1- ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee, Douglas Willard Coons, be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

August 4, 2026
Date

Honorable Raner C. Collins
Senior U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2- ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT DISTRICT OF NEVADA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/18/2026
Effective Date

United States District Judge

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Douglas W. Coons

Case No.: To be assigned

**REQUESTING ACCEPTANCE OF JURISDICTION**

August 11, 2026

TO: United States District Judge

By way of case history, on July 29, 2025, Mr. Douglas Coons was sentenced in the District of Arizona by the Honorable Raner C. Collins to a term of sixteen (16) months (with credit for time served) followed by three (3) years' supervised release for committing the offense of Transportation of Illegal Aliens for Profit. On March 6, 2026, supervised release commenced in the District of Nevada.

Mr. Coons intends to remain in our district for the duration of supervision. To address matters that may require the Court's attention in an efficient manner, we are requesting that transfer of jurisdiction be accepted. As noted by his signature on the attached Transfer of Jurisdiction form (Prob 22), Senior U.S. District Judge Raner C. Collins agreed to relinquish jurisdiction on August 4, 2026. It is respectfully requested that Jurisdiction be transferred to the District of Nevada. Should the Court agree with this request, the transfer of jurisdiction form is attached for Your Honor's signature.

Respectfully submitted,

Digitally signed by Emmanuel Lara
Date: 2026.08.13 14:23:07 -07'00'

Emmanuel Lara
United States Probation Officer

Approved:

Digitally signed by Donnette Johnson
Date: 2026.08.12 21:44:50 -07'00'

Donnette Johnson
Supervisory United States Probation Officer